AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DuJuan Green <br> *Plaintiff* <br> v. <br> Director Michael McCall, Warden Dunlap, Assoc. Warden Stormbreaker, Mrs. Gardner and Mrs. Rembert <br> *Defendant* | ) <br> ) <br> )   Civil Action No.   4:16-cv-2365-MGL <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   February 9, 2017                                                  *CLERK OF COURT*

                                                                                                       s/Debbie Stokes
                                                                                       *Signature of Clerk or Deputy Clerk*